JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA FRANCO et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF WEST COVINA,<br><br>Defendant | Case No.: 2:19−cv−01385−MWF−E<br><br>**ORDER FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE** |

**ORDER**

# **ORDER**

The Court has carefully reviewed the Stipulation of the Parties, the Settlement Agreement attached thereto, and this Proposed Order. Based upon a review of the record, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Settlement Agreement, which is incorporated herein by reference, is approved as fair, reasonable and just in all respects and the Parties shall perform the Settlement Agreement in accordance with its terms;

2. The Court reserves jurisdiction over this Action for the purpose of enforcing the Settlement Agreement;

3. The Court has made no findings or determination regarding the law other than finding that the settlement is fair and reasonable, and this Stipulation and Order, the Settlement Agreement, and any of the other documents or written materials prepared in conjunction with this Stipulation and Order shall not constitute evidence of, or any admission of, any violation of the law.

4. The above captioned Action is hereby dismissed with prejudice. The clerk shall close out this case

**IT IS SO ORDERED.**

Dated: November 14, 2019

MICHAEL W. FITZGERALD
United States District Court Judge